ACCEPTED
15-24-00009-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/9/2025 1:51 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00009-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/9/2025 1:51:44 PM
CHRISTOPHER A. PRINE
Clerk

## In The Court Of Appeals For The Fifteenth District Austin, Texas

**Terry Burns, M.D. and Stephen M. Rapkin,**
*Appellants*

v.

**The City of San Antonio, Texas, Acting by and Through The City Public Service Board of San Antonio, Texas, and Ken Paxton, Attorney General of Texas**
*Appellees*

### On Appeal from the 126th Judicial District Court, Travis County, Texas
### Trial Court Cause No. D-1-GN-23-001544

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUSTICES BRISTER, FIELD AND FARRIS:

Appellants, Terry R. Burns, M.D. and Stephen M. Rapkin, file this their first request for an extension of time to file their Motion for Rehearing.

A.    The deadline for filing the Motion for Rehearing is April 18, 2025.

B.    Appellants request a thirty-day extension to Monday, May 19, 2025.

C.     Appellants' counsel needs more time to prepare the Motion for Rehearing because of intensive preparation for an April 28, 2025 jury trial in *Francisco Alvarez v. Diane Tobin,* No. C2023-0149C, Comal County, Texas.

Additionally, Appellants' counsel is scheduled for several depositions in May 2025 in the case of *Marlena Reann Calo-oy, et al. v. AT&T Mobility LLC, et al.,* No. 2024CI04406, Bexar County, Texas.

D.     There have been no previous extensions regarding filing Appellants' Motion for Rehearing.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Michael W. O'Donnell, counsel for the City of San Antonio, who stated he would not oppose this Motion.

## PRAYER

For the reasons set forth above, Appellants respectfully request that this Court grant a thirty-day extension of time to file their Motion for Rehearing in this matter, to May 19. 2025.

Respectfully submitted,

RILEY & RILEY
ATTORNEYS AT LAW

By: _____
DARBY RILEY
Texas Bar No. 16924400
320 Lexington Avenue
San Antonio, Texas 78215
Telephone: (210) 225-7236
Telecopier: (210) 227-7907
darbyriley@rileylawfirm.com
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify on this __9th__ day of April, 2025 a true and correct copy of Appellants' Unopposed Motion for Extension of Time to file Motion for Rehearing was served as indicated below on the following parties as provided for in TEX. R. APP. P. 9.5:

NORTON ROSE FULBRIGHT US LLP
Michael W. O'Donnell  Via e-file:  mike.odonnell@nortonrosefulbright.com
Paul Trahan           Via e-file:  paul.trahan@nortonrosefulbright.com
Emily Wolf            Via e-file:  emily.wolf@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas  78205

Lynn Saarinen           Via efile:  Lynn.Saarinen@oag.texas.gov
Assistant Attorney General
Financial Litigation Section
General Litigation Division
300 West 15th Street, 6th Fl.
Austin, Texas 78701
Mail: MC-017
PO Box 12548
Austin, Texas  78711-2548

_____
DARBY RILEY

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlene Carroll on behalf of Darby Riley
Bar No. 16924400
charlene@rileylawfirm.com
Envelope ID: 99465950
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion For Extension of Time to File Motion for Rehearing
Status as of 4/9/2025 2:06 PM CST

Associated Case Party: Terry Burns

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Charlene BCarroll-paralegal | | charlene@rileylawfirm.com | 4/9/2025 1:51:44 PM | SENT |

Associated Case Party: The CIty of San Antonio, Texas Acting By and THrough The City Public Service Board of San Antonio, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paul Trahan | | paul.trahan@nortonrosefulbright.com | 4/9/2025 1:51:44 PM | SENT |

Associated Case Party: Lynn Saarinen

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lynn Saarinen | | Lynn.Saarinen@oag.texas.gov | 4/9/2025 1:51:44 PM | SENT |

Associated Case Party: The City of San Antonio, Texas, Acting By and Through The City Public Service Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael W.O'Donnell | | mike.odonnel@nortonrosefulbright.com | 4/9/2025 1:51:44 PM | ERROR |